**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  ERIC L. ROMINE              §     Case No. 09-73031
        KRISTIN B. ROMINE           §
                                    §
                                    §
          Debtors                   §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/22/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/19/2010.

5) The case was dismissed on 03/05/2010.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,115.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 3,619.00 | |
| Less amount refunded to debtor | $ 2,370.34 | |
| **NET RECEIPTS** | | $ 1,248.66 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 93.66 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION**             $ 93.66

Attorney fees paid and disclosed by debtor:    $ 1,500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY ROBERT THOMAS | Lgl | 1,500.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS CAPITAL REAL ESTATE | Sec | 71,950.00 | 74,462.78 | 0.00 | 0.00 | 0.00 |
| BARCLAYS CAPITAL REAL ESTATE | Sec | 32,067.00 | 78,322.39 | 32,217.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Sec | 4,929.00 | 4,983.53 | 4,929.00 | 1,155.00 | 0.00 |
| SANTANDER CONSUMER USA | Uns | 0.00 | 0.00 | 54.53 | 0.00 | 0.00 |
| A & E LANDSCAPING INC | Uns | 670.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD HOSP | Uns | 225.89 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD HOSP | Uns | 728.31 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD HOSP | Uns | 619.40 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD HOSP | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Uns | 799.00 | 799.57 | 799.57 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 1,194.00 | 1,207.31 | 1,207.31 | 0.00 | 0.00 |
| BARRINGTON OB / GYN & | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 3,445.00 | 3,445.82 | 3,445.82 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 809.00 | 809.31 | 809.31 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 7,346.00 | 7,346.95 | 7,346.95 | 0.00 | 0.00 |
| HSBC BANK | Uns | 1,818.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE BANK USA NA | Uns | 711.00 | 711.10 | 711.10 | 0.00 | 0.00 |
| LINCARE | Uns | 628.93 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 3,008.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Uns | 6,616.00 | 6,742.66 | 6,742.66 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 6,590.00 | 5,045.72 | 5,045.72 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 3,731.00 | 3,801.90 | 3,801.90 | 0.00 | 0.00 |
| MIDWEST HEART | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 575.00 | 535.29 | 535.29 | 0.00 | 0.00 |
| THE CHAWLA GROUP LTD | Uns | 21,565.57 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 1,997.00 | 9,305.00 | 9,305.00 | 0.00 | 0.00 |
| NATIONAL CAPITAL | Uns | 13,544.00 | 15,206.03 | 15,206.03 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 99,186.83 | 0.00 | 0.00 | 0.00 |
| XLS / CIT EDUCATION LOAN TRUST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION | Uns | 1,332.00 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION | Uns | 9,044.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 3,026.37 | 3,026.37 | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPARD | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPARD | Uns | 136.71 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPARD | Uns | 30.45 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 54.06 | NA | NA | 0.00 | 0.00 |
| ASPEN ANESTHESIA | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Uns | 6,613.10 | NA | NA | 0.00 | 0.00 |
| GREAT SMILES FAMILY DENTAL | Uns | 112.80 | NA | NA | 0.00 | 0.00 |
| KOHLS | Uns | 711.00 | NA | NA | 0.00 | 0.00 |
| LAKE COOK ORTHOPEDIC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST HEART | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY, INC. | Uns | 37.48 | NA | NA | 0.00 | 0.00 |
| SAHID ILAHI | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| WELTMAN, WEINBERG & REIS | Uns | 5,567.57 | NA | NA | 0.00 | 0.00 |
| WFF CARDS | Uns | 1,997.00 | NA | NA | 0.00 | 0.00 |
| WORLDWIDE | Uns | 13,544.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| XLS/CIT EDUCATION | Uns | 75,937.00 | NA | NA | 0.00 | 0.00 |
| REGINA T. GOLSTON | Pri | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 32,217.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,929.00 | $ 1,155.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 37,146.00 | $ 1,155.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 58,037.56 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 93.66 |
| Disbursements to Creditors | $ 1,155.00 |
| **TOTAL DISBURSEMENTS:** | $ 1,248.66 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 06/23/2010        By: /s/ Lydia S. Meyer
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)